

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No. 17cv1671-JLS-JLB |
| **Plaintiff,** | |
| V. | |
| Tokyo Electric Power Company, Inc., also known as Tepco; General Electric | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Tepco's Motion to Dismiss and Plaintiffs' case against Tepco is dismissed without prejudice for lack of personal jurisdiction. The Court grants GE's Motion to Dismiss for lack of subject matter jurisdiction and dismisses this case against GE without prejudice.

Date: 1/5/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano

M. Lozano, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17cv1671-JLS-JLB

DUSTIN BARTEL;NOLAN R ALLEN;ANDREW ANDERSON;JEFFREY ARMSTRONG; CHARLIEMAGNE ATERRADO;JESSICA BARLOW;BEATRICE BARTHELEMY;JENNIFER BOYLE; SAMATHAN BREGANT;JONATHAN BURBACH;ADRIANA CABARCAS;DEREK CAMBRIDGE; CAMRY CAMPBELL;ALEXANDRA CAMPOS;CHRISTOPHER CARR ;ASHLEY CHITTY;ASHLEY COCHRAN;CHRISTOPHER COLEMAN;PATRICK CRESPO;BRIAN CROSS;DONALD H. DELLINGER; OLIVIA DIMAS;MATTHEW DONALDSON;BRIAN DRAWLINS;COREY DREWBELL;ANDREA EISENHOWER;ERIC I. EPPS;JASON FERGUSON;JUSTINE FRALEY;RUTH FREEMAN;CYRINTHIA HAMBLEY;MICHAEL HARVEY;JOSEPH KYLE HENRY;MARTY HILL; MITCHELL HODGES;JOHN WESLEY HYATT;KEVIN JACOBSON;JUSTIN JAEHNIG;NICHOLAS KOVACHEV;MELISSA LESTER; LAWRENCE LEVAN; JOE LEWIS; SCOTT LIENG; ARNULFO LIMON; ALVIN MAGNO; FRANCISCO JR. MARIGUNDO;CHAD MARTINS;EDWARD MELLO;BRANDON MONTGOMERY; CHRISTOPHER MORIN;JONATHAN MULDOWNEY; EION NELSON; ROBERT OCHOA;GLENN OFORI; LUKE OPYD; TIM PALMER; JOSHUA PEOPLES; ALEJANDRO PEREZ; CLINTON RAMSIARE; JACOB REED;BALTHAZAR REFORSADO; ANGELINA REYNA; QUENTIN RICHARDSON; WILLIAM E. RIGBY; LYDIA SALGADO; JERRID SEVART; QUINCY SHEPHERD; CARL SLAUBAUGH; GREGORY SMITH; MELLONY SNYDER; JUSTIN STEINMETZ; AMANDA STEMEN; RONALD STEMEN; LOWELL STEWART; JANICE STEWART; DANIEL STROHL; JOSE SUERO; RANDY STROHL; JOSE SUERO; RANDY SHAWN VELASQUEZ; ROBERT VENABLE; ROBERT VENABLE; PATRICK WALTON; BRIDGET WATERS; TIM WHITE; CHRISTOPHER WOODS; DEREK YODA; EDWARD ZIMMERMAN; ALEXANDER TIDD; CONTRAIL ALLEN; MATTHEW ANDERSON; MATTHEW AYRES; DANIEL BARBIERO; LOGAN BLACK; SHANEE BROWN; CARISSA CLARK; JAIME CLAVITO; JESTINE CLAYTON; JEFF COOK; MICHAEL CROSS;JOSHUA CUNNINGHAM ; LAWRENCE EDWARDS; EDWARD ELUERE; RAMON JR. ENCISO; MARLON FRANCIS; STEVEN GARDNER; RODOLFO GUERRA; TYMESHIA GUIDRY; CECILIA GUTIERREZ; HALDANE HAMILTON; DARREN HANSON; MARTIN HITSON; WILLIAM HOLT; NANCY JACKSON; RODERICK JESSAMY; MATTHEW KNAUST; RYAN KUNIN; RENE LANDEROS; MICHAEL LELAND; STEWART LOWELL; ADRIAN LUCINA; EDWIN MAHER; FRANCIS MARLON; RYAN MCLAUGHLIN; JEREMY MICHAUD; GARRETT NELSON; TRANG PHAM; BRIAN RAWLEY; DEVIN RITCHEY; CESAR SALGADO; TIFFANY SCHAD; BRETT SCHMIDT; MICHELLE SCOTT; JOSHUA SEGREE; GREGORY SMITH; CRYSTAL SOUDER; JAMES SOUDER; KYLE SPURLOCK; RONALD L. STEMEN; NICHOLAS SWANN; LUIS TORRES; CASEY TUCKER; DONALD VORHEES; BRITTNEY WACHNER; CAROLYN FELIX WHITE; ELOI WHITEMAN; BRANDON ZACHARIE; MONTY JR BARHAM; ESMERALDA KOPKA; AND BYRON SY; TERESA READY Individually And As The Administrator Of The Estate Of JESSE READY deceased;DERRICK LUCKEY;Annette Luckey Individually And As The Administrator Of The Estate Of Danyelle Luckey deceased;Grace Eunae Park Individually And As The Administrator Of The Estate Of Josh Park;Rachel Mendez;Kirk Godair Individually And As The Administrator Of The Estate Of Ruby Perez deceased; C.G.(a minor through her guardian ad litem Kirk Godair); JANETH. MASINDE Individually And As The Administrator Of Brenda Downing deceased;